In the United States District Court for the Southern District of Mississippi Northern District

United States of America

v.

Laurel Echezonam

Criminal No. 3:24-cr-0075-TSL-ASH

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC - 1 2025
BY ARTHUR JOHNSTON
DEPUTY

## Motion To Speedy Trial
## Motion To Dismiss

Comes Now, Laurel Echezonam, the defendant moves this court for an order to speedy trial and dismiss case, of record based upon the following grounds:

### I.

This matter Pending before the Southern District of Mississippi Northern Division ~~of Warren~~

### II.

All they have on me are all circumstantial, because there are no valuable evidence, I ask him (Store Owner) to fill that form and sign on it, knowing that I (Laurel Echezonam) the defendant

Knows how to read, write and speak English well.

III.

November 11, 2022, I (Laurel Echezonam) the defendent entered the United States, August 3rd, 2023 at 3:52pm 31 seconds (central daylight time) my Asylum was filed and uploaded by Law office of Ali and Associates. On June 7, 2024 and June 8th, 2024 was the day I allegedly commited a crime

IV.

ATF, NICS Application form don't have anything on the form that stops Asylum seeker trying purchase a firearm on both location.

V.

8 months being detained with no valuable evidence, against (Laurel Echezonam) the defendent by violating my constitutional rights,

I have not appeared in court for my pre-trial.

Wherefore, Premises Considered I (Laurel Echezonam) the defendant do hereby moves motions to speedy trial and dismiss herein plus any and all other relief the court deems appropriate.

Respectfully Submitted,

*Laurel Echezonam*

25th Day of November 2025

*Kelli Yates*

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID#127715
KELLI YATES
Commission Expires
Jan 23, 2029
MADISON COUNTY